AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Tammy Teresa Williams

*Defendant(s)*

Case No. 6:26-mj-2235

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/30/2026 in the county of Osceola in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 871(a) | Threats Against the President |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Riddle, SA, Secret Service

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ~~10/31/2026~~ 11/1/2026

*Judge's signature*

City and state: Orlando, FL

Nathan W. Hill, U.S. Magistrate Judge

*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:26-mj-**2235

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT**

I, Andrew Riddle, having been duly sworn, hereby make the following statement in support of the attached criminal complaint, being first duly sworn on oath, state that:

1. I am a Special Agent with the United States Secret Service (USSS) and have been employed with USSS since May 2025. Among my duties as a Special Agent, I am charged with the investigation of financial crimes, including bank fraud, wire fraud, identity fraud, credit card fraud, the manufacturing, possession, and passing of counterfeit United States currency, and counterfeit and fraudulent access devices, such as credit cards, debit cards, and gift cards. Additionally, my duties include the investigation of crimes involving persons making threats against the President and successors. I am a graduate of the two federal law enforcement academies and have received extensive training in criminal investigations and the examination of evidence accumulating over 1,000 hours of training.

2. This affidavit is submitted in support of the issuance of a criminal complaint charging Tammy Teresa Williams (WILLIAMS) with threats against the President, in violation of 18 U.S.C. § 871(a).

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal

knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause that WILLIAMS committed the above-listed offense. This affidavit does not contain all details or all facts of which I am aware relating to this investigation.

4. On October 30, 2026, the USSS and Federal Bureau of Investigation (FBI) became aware of an individual using the online social media platform Facebook, whose parent company is Meta, to post a threatening statement via the Facebook user account, "Eboe Nation" (hereafter SUBJECT ACCOUNT). The threats made on the SUBJECT ACCOUNT included a statement concerning killing the President of the United States and his family.

5. Specifically, the statement at issue was made on or about October 30, 2026, on the SUBJECT ACCOUNT and read: "I am coming to kill off Trump whole entire bloodline! And so many more! I am here to kill off Rodney fake ass family and I am! I am here to slaughter the fuck out of y'all humans and Tammy is!" (THREAT).

6. On that same day, President Trump was in the Middle District of Florida.

7. Based on the nature of the THREAT, Meta disclosed to law enforcement records regarding the SUBJECT ACCOUNT including the THREAT. Meta also provided subscriber information that showed that the SUBJECT ACCOUNT was associated with a Tammy Teresa Williams. Further, the records

provided by Meta showed a phone number also associated with the SUBJECT ACCOUNT which law enforcement databases linked to WILLIAMS.

8. According to the records provided by Meta, within five minutes of making the THREAT, the SUBJECT ACCOUNT was shown to use IP address 2603:9001:60f0:a040:cc6f:cecd:504d:f361 (SUBJECT IP ADDRESS).

9. Investigators conducted an open-source query of the SUBJECT IP ADDRESS, which is owned by Charter Communications. Investigators then obtained basic subscriber information from Charter Communications for the SUBJECT IP ADDRESS, which revealed the SUBJECT IP ADDRESS subscriber to be A.B. Investigators also learned that the SUBJECT IP ADDRESS was linked to a residential address in Kissimmee in the Middle District of Florida.

10. On the evening of October 30, 2026, investigators went to WILLIAMS's last known address, in Orange County in the Middle District of Florida, to attempt to question her regarding the THREAT. While at the last known address, investigators learned that WILLIAMS was staying with her daughter A.B., who was also the subscriber of the SUBJECT IP ADDRESS.

11. While attempting to locate Willaims, law enforcement spoke with various witnesses. A family friend responded to law enforcement questioning that she was not surprised that WILLIAMS was posting inappropriate comments on Facebook. Witnesses also told law enforcement that on the previous day, WILLIAMS was seen talking to herself and had an altercation with her daughter.

12. Thereafter, investigators went to A.B.'s home in Kissimmee, FL and found WILLIAMS at that location. Investigators attempted to interview WILLIAMS, who mentioned the name "Eboe" during the interview despite investigators not disclosing the account name, but made no admissions regarding the THREAT and gave otherwise non-committal responses.

13. A review of WILLIAMS's criminal history shows a 1996 charge of carrying a concealed firearm (adjudication withheld) and 2019 charge of Battery on a Law Enforcement Officer (adjudication withheld).

14. Based on the foregoing information, I respectfully submit that there is probable cause to believe that beginning on or about October 30, 2026, in the Middle District of Florida, WILLIAMS knowingly made a true threat to kill the President of the United States in violation of 18 U.S.C. § 871(a).

This concludes my affidavit.

______________________________
Andrew Riddle, Special Agent
United States Secret Service

Affidavit submitted by email and attested
to me as true and accurate by telephone or
videoconference consistent with
Fed.R.Crim. P. 41(d)(3) this
1st day of ~~October,~~ November 2026.

________________________________________
HONORABLE NATHAN W. HILL
United States Magistrate Judge