# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:26-mj-2235-NWH**

**TAMMY TERESA WILLIAMS**

AUSA: Morgan Lankford, Patrick Flanigan

Defense Attorney: Fabian Goffe, FPD

| | | | |
|---|---|---|---|
| JUDGE:<br><br>Courtroom: | **CHAUNCEY A. BRATT**<br>United States Magistrate Judge<br><br>6D | DATE AND TIME:<br><br>TOTAL TIME: | **November 2, 2026**<br>2:42 PM – 2:55 PM<br><br>13 minutes |
| DEPUTY CLERK: | Grace Farey | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Brandon Ramirez,<br>Sierra Massenelli |

## CLERK'S MINUTES
## INITIAL APPEARANCE – COMPLAINT

Case called, appearances made, procedural setting by the Court.
Court advises defendant of her rights.
Defendant's motion for appointment of counsel. Motion granted. Order to be entered.
Court inquires of the defendant. No issue as to competency.
Government summarizes the count in the Complaint and advises of the potential penalties.
Government's ore tenus motion for detention. Defendant moves to continue the detention hearing. The Court grants defendant's motion. Detention hearing set for November 4, 2026 at 11:00 AM. Order to be entered.
Defendant waives preliminary examination.
Court advises the parties of the Due Process Protections Act.
Defendant is remanded to the custody of the U.S. Marshal pending further proceedings.
Court adjourned.